**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARK D. CLARKE,** | : | |
| *Plaintiff,* | : | **CIVIL ACTION** |
| | : | No. 25-00997-JMY |
| v. | : | |
| | : | |
| **KIPP ADMINISTRATIVE SERVICES** | : | |
| **CORPORATION and KIPP NORTH** | : | |
| **PHILADELPHIA CHARTER SCHOOL,** | : | |
| | | |
| *Defendants.* | | |

**ORDER**

**AND NOW**, this 27th day of May, 2026, upon consideration of Defendants' Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56 (ECF No. 19), Plaintiff's Response in Opposition thereto (ECF No. 22), and all other writings, it is hereby **ORDERED** that said Motion is **DENIED**. Parties shall comply with the Court's May 12, 2026 Trial Scheduling Order (ECF No. 30).

**IT IS SO ORDERED.**

BY THE COURT:

/s/ *John Milton Younge*
_____
JOHN M. YOUNGE, J.